# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **DAVID C. STEWART,** | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | |
| v. | 08-cv-655-slc |
| **BRAD HOMPE, Warden,** <br> **Stanley Correctional Institution,** | |
| **Respondent.** | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that David C. Stewart's petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE for petitioner's failure to file it within the limitations period prescribed by 28 U.S.C. §2244(d).


PETER A. OPPENEER
_____
Peter A. Oppeneer, Clerk

Connie A. Korth                                                                 3/18/09
_____                                 _____
by Deputy Clerk                                                                   Date